United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aaron C. Belgrove  
Deborah A. Belgrove  
     Debtors

Case No. 14-15416-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 08, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.  
db/jdb        +Aaron C. Belgrove,    Deborah A. Belgrove,    7114 Montague Street,    Philadelphia, PA 19135-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        DAVID M. OFFEN    on behalf of Debtor Aaron C. Belgrove dmo160west@gmail.com, davidoffenecf@gmail.com
        DAVID M. OFFEN    on behalf of Joint Debtor Deborah A. Belgrove dmo160west@gmail.com, davidoffenecf@gmail.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
        KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
        KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                             TOTAL: 10

1 Belgrove Stipulation Bankruptcy Case # 14-15416/MDC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Aaron C. Belgrove and Deborah A. Belgrove,<br>    Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>14-15416/MDC |
| Nationstar Mortgage LLC,<br>    Movant,<br>v.<br>Aaron C. Belgrove and Deborah A. Belgrove,<br>    Debtors,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | 11 U.S.C. § 362 |

### STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.  This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2.  The post-petition arrearages on the mortgage held by Movant on Debtors' property at 7114 Montague Street, Philadelphia, PA 19135, are $1,590.24. The breakdown of the arrears is as follows:

    Post-Payments from June 1, 2017 to July 1, 2017 at $795.12 each = $1,590.24;

3.  If Debtors provide proof of negotiated payments not already credited, they will receive credit for those payments.

4.  Debtors shall cure the arrearages in the following manner:

(a)  Movant shall apply $122.32 from Debtor Suspense to the arrearage balance;

2 Belgrove Stipulation Bankruptcy Case # 14-15416/MDC

(b) The balance of the arrears, to-wit, $1,467.92, shall be cured by the payment by Debtors of the sum of $244.65 commencing August 1, 2017, and continuing for 6 consecutive months through and including January 1, 2018, until the arrears are cured, together with the regular monthly mortgage payment of $795.12, or as same may be adjusted from time to time in accordance with Paragraph (e) hereof, for the total monthly payment amount of $1,039.77, payable on the due date of Debtors' mortgage;

(c) If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

(d) All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, or BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC, at P.O. Box 619094, Dallas, Texas 75261-9741;

(e) Debtors are responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

(f) Debtors are responsible to reimburse Movant for its attorneys' fees and costs in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

5. In the event that Debtors fail to make any of the payments set forth above, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure the default within 15 days of the notice. If Debtors should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtors consents to the Court entering an Order granting Movant relief from the Automatic Stay.

3 Belgrove Stipulation Bankruptcy Case # 14-15416/MDC

6. After Movant sends two (2) Notices of Default for Debtors' failure to remain post-petition current, then Movant may file a Certification of Default with the court instead of sending a third Notice of Default.

7. Debtors understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtors shall be responsible for any reasonable attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

8. Debtors agree that the Court may waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order.

Dated: 7/27/17

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: 7/27/2017

David M. Offen, Esquire
Attorney for Debtors

Dated: 8/1/17

William C. Miller
Trustee

*without prejudice to any trustee rights or remedies

AND NOW, this 8th day of August, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE