IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Aaron C. Belgrove and Deborah A. Belgrove, <br>   Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 14-15416/MDC |
| Nationstar Mortgage LLC, <br>   Movant, <br> v. <br> Aaron C. Belgrove and Deborah A. Belgrove, <br>   Debtors, <br><br> William C. Miller, Trustee, <br>   Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

  AND NOW, this __17th__ day of ___July___, 2019, after notice to all required parties and certification of default under the terms of this Court's Order of August 8, 2017 it is

  ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 7114 Montague Street, Philadelphia, PA 19135; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

  FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE