United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaron C. Belgrove
Deborah A. Belgrove
    Debtors

Case No. 14-15416-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 17, 2019
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db/jdb         +Aaron C. Belgrove,    Deborah A. Belgrove,    7114 Montague Street,    Philadelphia, PA 19135-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        DAVID M. OFFEN    on behalf of Debtor Aaron C. Belgrove dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        DAVID M. OFFEN    on behalf of Joint Debtor Deborah A. Belgrove dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
        KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,   jnr@jsdc.com
        KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Aaron C. Belgrove and Deborah A. Belgrove, <br>     Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER 14-15416/MDC |
| Nationstar Mortgage LLC, <br>     Movant, <br> v. <br> Aaron C. Belgrove and Deborah A. Belgrove, <br>     Debtors, <br><br> William C. Miller, Trustee, <br>     Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __17th__ day of ___July___, 2019, after notice to all required parties and certification of default under the terms of this Court's Order of August 8, 2017 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 7114 Montague Street, Philadelphia, PA 19135; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE