# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 14-15416-MDC

AARON C. BELGROVE
DEBORAH A. BELGROVE
7114 MONTAGUE STREET

PHILADELPHIA, PA 19135

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AARON C. BELGROVE
    DEBORAH A. BELGROVE
    7114 MONTAGUE STREET

    PHILADELPHIA, PA 19135


Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                            /S/ William C. Miller

Date: 9/11/2019                                         _____

                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee