Certificate Number: 12433-PAE-DE-033494636

Bankruptcy Case Number: 14-15416



12433-PAE-DE-033494636

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2019, at 9:55 o'clock PM EDT, Aaron C. Belgrove completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 2, 2019              By:    /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title: Teacher