United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 14-15416-mdc
Aaron C. Belgrove                                              Chapter 13
Deborah A. Belgrove
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett              Page 1 of 2               Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW              Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb         +Aaron C. Belgrove,    Deborah A. Belgrove,    7114 Montague Street,    Philadelphia, PA 19135-1109
13378093       ++ASCENDIUM EDUCATION SOLUTIONS INC,   PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court:  Navient Solutions, Inc. on behalf of USAF,
                Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13446921        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13354725       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13341468       +Clear Spring Loan Serv,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
13379153        Jefferson University Hospitals,    c/o State Collection Service, Inc.,    2509 S. Stoughton Rd.,
                PO Box 6250,    Madison, WI 53716-0250
13341475       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13371272       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    P O Box 619096,    Dallas, TX  75261-0741)
13341483       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
13373354       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13341485       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13341487       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13367186       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13341490       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13341491       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:52     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:00
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14059703        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 17 2020 04:58:52
                GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13395506       +E-mail/Text: bnc@atlasacq.com Apr 17 2020 04:59:26     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13341469       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2020 05:03:42     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
13341470        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 17 2020 05:00:26     Jefferson Capital Syst,
                16 Mcleland Rd,    Saint Cloud, MN 56303
13406406        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 17 2020 05:00:27     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13442739        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:57
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13368324        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:05:08
                LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
                Acquisition Corporation (USA),    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13368326        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:57
                LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13442738        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:52
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13368325        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:05:09
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13341471       +E-mail/Text: ebn@ltdfin.com Apr 17 2020 04:59:35     Ltd Finc Svc,
                7322 Southwest Fre Suite 1600,    Houston, TX 77074-2134
13341472       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:59     Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
13370793       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2020 05:00:15     Midland Credit Management, Inc.,
                as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
13341476       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2020 05:00:15     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341483       +E-mail/Text: bankruptcy@ncaks.com Apr 17 2020 04:59:24     National Credit Adjust,
                327 W 4th Ave,    Hutchinson, KS 67501-4842
13341486       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:44
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2             Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW          Total Noticed: 37

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13360047         E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2020 04:59:47
                 Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13341488        +E-mail/PDF: pa_dc_claims@navient.com Apr 17 2020 05:06:20       Sallie Mae,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
13341489        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:30       Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13341493         E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:53       Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13341473*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
13341474*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
13341477*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341478*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341479*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341480*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341481*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341482*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13341484*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage Ll,    P O Box 619096,    Dallas, TX 75261-9741)
13341492*       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
                                                                                   TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              DAVID M. OFFEN    on behalf of Debtor Aaron C. Belgrove dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Deborah A. Belgrove dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,   jnr@jsdc.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Aaron C. Belgrove and Deborah A. Belgrove

      Debtor(s)

Bankruptcy No: 14–15416–mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 4/16/20

93 – 92
Form 138_new